In the Matter of the Probate of the Last Will and Testament of SARAH D. WHEELER, Deceased.

THE MISSIONARY , SOCIETY OF THE · METHODIST · EPISCOPAL CHURCH, Appellant; JOHN W. CRANE, Executor, etc., et al., Respondents.

*Matter of Wheeler*, 32 App. Div. 183, affirmed.
(Argued January 16, 1900; decided January 30, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered February 9, 1899, which affirmed a decree of the surrogate of Saratoga county, construing the last will and testament of Sarah D. Wheeler, deceased.

*Charles S. Lester* for appellant.

*Edwin Countryman* and *Seward A. Simons* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ. Not sitting: LANDON, J.